

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00084-CV

| | | |
|---|---|---|
| Mamoon N. Alahmad | § | From the 342nd District Court |
| | § | of Tarrant County (342-226602-07) |
| v. | | |
| | § | June 5, 2014 |
| Ismail "Sam" Abukhdair | § | Opinion by Justice Walker |

## JUDGMENT ON REHEARING

After reviewing Appellant Mamoon N. Alahmad's amended motion for rehearing, we deny the motion. We withdraw our January 30, 2014 opinion and judgment and substitute the following. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Mamoon N. Alahmad shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
Justice Sue Walker